UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Willie E Phelps, Jr.
    Keanya D Phelps
        Debtor(s)

Case No. 16 B 38178

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/02/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 04/03/2017.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,489.23 |
| Less amount refunded to debtor | $775.38 |
| **NET RECEIPTS:** | **$2,713.85** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,586.31 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $127.54 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,713.85** |
| Attorney fees paid and disclosed by debtor: | $360.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ABC Credit & Recovery | Unsecured | 825.77 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 345.21 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 729.73 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 576.81 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ARS Recovery | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 568.83 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 4,555.95 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 455.21 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC assignee SBC | Unsecured | 228.46 | NA | NA | 0.00 | 0.00 |
| Athletico LTD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services, LP | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 379.51 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 620.26 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,807.08 | NA | NA | 0.00 | 0.00 |
| CBE Group Inc. | Unsecured | 972.97 | NA | NA | 0.00 | 0.00 |
| Charles McCathy Jr. & Assoc | Unsecured | 1,681.71 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Dept of Revenue | Unsecured | 9,212.67 | NA | NA | 0.00 | 0.00 |
| ClearCheck Payment Solutions, LLC | Unsecured | 51.02 | NA | NA | 0.00 | 0.00 |
| Collection Prof Srvcs | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,064.64 | NA | NA | 0.00 | 0.00 |
| Continental Finance LLC | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Associates | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 694.52 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 600.77 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Evanston Northwestern Healthcare | Unsecured | 4,793.00 | NA | NA | 0.00 | 0.00 |
| First Bank Of Delaware | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| FMS inc | Unsecured | 3,817.58 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 4,030.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 168.39 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc | Unsecured | 3,048.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Icul Service Corpora | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| IL Dept of Employment Security | Unsecured | 22,176.00 | NA | NA | 0.00 | 0.00 |
| Illinois Ortho & Hand | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 83.20 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 5,754.37 | 10,577.28 | 10,577.28 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,183.34 | 11,354.37 | 11,354.37 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 313.75 | NA | NA | 0.00 | 0.00 |
| JTL Inc. | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 1,681.71 | NA | NA | 0.00 | 0.00 |
| Kimball Medical Center | Unsecured | 279.24 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 3,244.70 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 942.96 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair Sampson LLP | Unsecured | 2,562.40 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding, LLC | Unsecured | 485.43 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Mercantile Adjustment | Unsecured | 1,129.13 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide Co. | Unsecured | 12,457.15 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital and Medical Center | Unsecured | 869.03 | NA | NA | 0.00 | 0.00 |
| Midland Credit Managment | Unsecured | 796.39 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Con | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Medical Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management | Unsecured | 3,413.04 | NA | NA | 0.00 | 0.00 |
| Most Funding II LLC | Unsecured | 470.19 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit Service | Unsecured | 2,151.24 | NA | NA | 0.00 | 0.00 |
| NCC | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 625.66 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 2,151.24 | NA | NA | 0.00 | 0.00 |
| NCO Financial/27 | Unsecured | 759.23 | NA | NA | 0.00 | 0.00 |
| NES | Unsecured | 2,949.04 | NA | NA | 0.00 | 0.00 |
| Northeast Legal Group | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Northern Resolution | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 313.75 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 7,208.18 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 1,094.85 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery & Affiliates | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 887.63 | NA | NA | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 16,367.77 | 16,367.77 | 16,367.77 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 6,700.00 | NA | NA | 0.00 | 0.00 |
| Redline Recovery | Unsecured | 538.62 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 856.19 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Swedish Covenant Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| United Recovery | Unsecured | 1,765.19 | NA | NA | 0.00 | 0.00 |
| Vishnu Giaha M.D. | Unsecured | 50.27 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 1,563.45 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,367.77 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,367.77** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,577.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,577.28** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,354.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,713.85 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,713.85** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2017                                By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**